IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

SHCOMA D. WELLS
                  Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:25-CR- 221  (MJK)
Vio:   18 USC §§ 7, 13
      NYAG&MKTL § 353

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about April 10, 2025, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**SHCOMA D. WELLS**

did knowingly deprive an animal of necessary sustenance, food or drink, or neglect or refuse to furnish it such sustenance or drink.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Agriculture and Markets Law § 353, Failing to Provide Proper Sustenance.

JOHN SARCONE III
United States Attorney

By: *[signature]*
KATHRYN M. HOUGH
Special Assistant U.S. Attorney